Hyman Endel *et al.*, Appellants, v. Marcus Endel, Appellee.

### Division B.

Appeal from Circuit Court, Alachua county; William A. Hocker, Judge.

E. C. F. Sanchez for appellants.

No appearance for appellee.

The bill in this cause was filed by the appellee against the appellants. There were decrees for the complainant, and the defendants appeal. Decrees affirmed.

Decision *Per Curiam.*